UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Leonard A Szplett
                                         Plaintiff,

v.                                                                     Case No.: 1:19−cv−02500
                                                                          Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2019:

      MINUTE entry before the Honorable Gary Feinerman: The docket does not indicate that summonses have been served.The status hearing set for 5/30/2019 [6] is stricken and re−set for 7/9/2019 at 9:00 a.m. Plaintiff is reminded of the requirements of Civil Rule 4(m).Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.