## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Leonard A Szplett

                              Plaintiff,

v.                                                          Case No.: 1:19−cv−02500
                                                                         Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motions for extension of time to answer [14], [16] and [18] are granted. The time for Defendants to respond to the complaint is extended to 7/8/2019. Motion hearings set for 6/19/2019 [15], [17] and [19] are stricken. The status hearing set for 7/9/2019 [7] is stricken and re−set for 7/16/2019 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.