**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Leonard A Szplett

                        Plaintiff,

v.                                                   Case No.: 1:19−cv−02500
                                                    Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 20, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion for leave to file an amended complaint [21] is granted. Plaintiff shall file his amended complaint as a separate docket entry. This is Plaintiff's one amendment of right under Civil Rule 15(a)(1). Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.