UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LEONARD A. SZPLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-02500 |
| | ) | |
| KENCO LOGISTIC SERVICES, LLC, a | ) | Judge Gary Feinerman |
| Tennessee Limited Liability Company, Mars, | ) | Magistrate Judge Young B. Kim |
| Inc., The Hartford, DAVID JABALEY, MARIO | ) | |
| LOPEZ, TAMMI FOWLER, PAULA HISE, | ) | |
| TRACE SPIER, ROBERT COFFEY, TODD | ) | |
| MOORE, JAY ELLIOT. DAVID CAINES, | ) | |
| MICHAEL MANZELLO, DAVID CRAWLEY, | ) | |
| and KELVIN WALSH, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 11.3, Defendant Kenco Logistic Services, LLC, submits the following disclosure statement by and through its undersigned attorneys:

1. Kenco Group, Inc. is the privately-owed parent company of Kenco Logistic Services, LLC and owns 100% of the stock of Kenco Logistic Services, LLC;

2. No publicly held corporation owns 10 percent or more of Defendant's stock.

DATED: July 8, 2019     Respectfully submitted,

By: /s/ *Jody Wilner Moran*

- 2 -

        Jody Wilner Moran
        Julia P. Argentieri
        JACKSON LEWIS P.C.
        150 North Michigan Ave, Suite 2500
        Chicago, IL 60601
        Telephone: 312-787-4949
        Facsimile: 312-787-4995
        Email: moranj@jacksonlewis.com
              julia.argentieri@jacksonlewis.com

- 3 -

## CERTIFICATE OF SERVICE

I, Julia P. Argentieri, an attorney, hereby certify that on July 8, 2019, I electronically filed a copy of the foregoing **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been mail and email to the following non-ECF participant:

> Leonard Szplett
> 3421 W. 1500 NW Road
> Kankakee, IL 60901
> Stkbnd2000@aol.com

By: /s/ Julia P. Argentieri
One of the Attorneys for the Defendants