UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD A. SZPLETT, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:19-cv-02500 |
| | ) | Judge Gary Feinerman |
| KENCO LOGISTIC SERVICES, LLC, a | ) | |
| TENNESSEE LIMITED LIABILITY COMPANY, | ) | |
| MARS, INC., THE HARTFORD, DAVID | ) | |
| JABALEY, MARIO LOPEZ, TAMMI FOWLER, | ) | |
| PAULA HISE, TRACE SPIER, ROBERT | ) | |
| COFFEY, TODD MOORE, JAY ELLIOTT, | ) | |
| DAVID CAINES, MICHAEL MANZELLO, | ) | |
| DAVID CRAWLEY, and KEVIN WALSH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   *See Certificate of Service.*

PLEASE TAKE NOTICE that on **Tuesday, July 16, 2019** at **9:00 a.m**., or as soon thereafter as this motion may be heard, we shall appear before the Honorable **Judge Gary Feinerman**, or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 2125** in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago Illinois and then and there present Defendant The Hartford's Motion to Dismiss.

**THE HARTFORD**

By:   /s/ Joseph R. Jeffery
       One of Its Attorneys

Donald A. Murday
dmurday@cmn-law.com
Joseph R. Jeffery
jjeffery@cmn-law.com
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600

## CERTIFICATE OF SERVICE

I hereby certify that on **July 8, 2019**, I electronically filed the foregoing Notice of Motion to Dismiss, with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

> Jody Wilner Moran, Esq.
> Julia P. Argentieri, Esq.
> Jackson Lewis, P.C.
> 150 N. Michigan Avenue
> Suite 2500
> Chicago, IL 60601
> jody.moran@jacksonlewis.com
> julia.argentieri@jacksonlewis.com

> Thomas R. Davis, Esq.
> Kimberly J. Overbaugh, Esq.
> Harmon & Davies, P.C.
> 2306 Columbia Aveue
> Lancaster, PA 17603
> tdavies@h-dlaw.com
> koverbaugh@h-dlaw.com

I further certify that a copy of the foregoing has been served by e-mail and U.S. Mail, postage prepaid to the following non-ECF participant:

> Leonard A. Szplett
> 3421 W. 1500 NW Road
> Kankakee, IL 60901
> Stkbnd2000@aol.com

> /s/ Joseph R. Jeffery
> CHITTENDEN, MURDAY & NOVOTNY LLC
> 303 West Madison Street, Suite 1400
> Chicago, Illinois 60606
> (312) 281-3600 (phone)
> (312) 281-3678 (fax)
> jjeffery@cmn-law.com