IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Leonard A. Szplett, <br><br> Plaintiff <br><br> v. <br><br> Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., The Hartford, David Jabaley, Mario Lopez, Tammi Fowler, Paula Hise, Trace Spier, Robert Coffey, Todd Moore, Jay Elliot, David Caines, Michael Manzello, David Crawley, and Kelvin Walsh <br><br> Defendants. | Case No. 1:19-cv-02500 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Young B. Kim |

**<u>DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(b)</u>**

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Defendants Mars, Inc., Robert Coffey, and Todd Moore, by and through their undersigned counsel, respectfully move this Honorable Court to dismiss Plaintiff's Complaint in its entirety with prejudice. The reasons supporting this Motion are set forth in the accompanying Memorandum in Support.

Dated: July 8, 2019

Respectfully submitted,

/s/ Thomas R. Davies_____
Thomas R. Davies, Esq. PA #35260
Kimberly J. Overbaugh, Esq. PA #85610
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236
tdavies@h-dlaw.com
koverbaugh@h-dlaw.com

1

Attorneys for Defendants
Mars, Inc., Robert Coffey
and Todd Moore

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein this matter, hereby certify that on July 8, 2019, I electronically filed a copy of the foregoing **Defendants' Motion to Dismiss the Complaint Under Rule 12(b)** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been served by U.S. mail, postage prepaid to the following non-ECF participant:

        Leonard A. Szplett
        3421 W. 1500 NW Road
        Kankakee, IL 60901

        /s/ Thomas R. Davies
        Thomas R. Davies, Esq. PA #35260
        Kimberly J. Overbaugh, Esq. PA #85610
        HARMON & DAVIES, P.C.
        2306 Columbia Avenue
        Lancaster, PA 17603
        Tel. (717) 291-2236
        Fax (717) 291-2236
        tdavies@h-dlaw.com
        koverbaugh@h-dlaw.com
        Attorneys for Defendants
        Mars, Inc., Robert Coffey
        and Todd Moore