# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILE COPY**

LEONARD A. SZPLETT, an individual,

PLAINTIFF,

vs.

KENCO LOGISTIC SERVICES, LLC, a TENNESSEE LIMITED LIABILITY COMPANY, MARS, INC., The HARTFORD, DAVID JABALEY, MARIO LOPEZ, TAMMI FOWLER, PAULA HISE, TRACE SPIER, ROBERT COFFEY, TODD MOORE, JAY ELLIOTT, DAVID CAINES, MICHAEL MANZELLO, DWIGHT CRAWLEY, and KELVIN WALSH

DEFENDANTS.

**FILED**

JUL 15 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:19-cv-02500
Judge: Gary Feinerman
Magistrate Judge: Young B. Kim

## PLAINTIFF'S RESPONSE TO THE DEFENDANTS FILING OF THE JOINT STATEMENT

**NOW COMES** Plaintiff, Leonard A. Szplett, Pro Se, Response to the Defendants Filing of the Joint Statement due on July 10, 2019 and for his good cause shown in support of his response Plaintiff states the following; THAT:

1. Plaintiff comes before the court in reference to the joint statement that was to have been filed on July 10, 2019.

2. Plaintiff was not aware that this statement was due on that date.

1

3. Defendants counsel did not make Plaintiff aware of this upcoming deadline nor did;

4. Defendants provide a copy of this statement for review and or approval until late afternoon toward the close of the business day that the statement was due. (See Attachment)

5. For the record Plaintiff does not agree with line items A5 & E.

6. Plaintiff's records indicate that Mario Lopez has been properly served.

7. Additionally, Plaintiff has not received a copy of the filed joint statement.

8. Plaintiff asks the court to take note of this.

**WHEREFORE,** Plaintiff requests that this Honorable Court grant take note that Plaintiff was not unresponsive, but unaware and that he has noted his objections to the specified line items.

Respectfully Submitted this 15 Day of July 2019 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

## CERTIFICATE OF SERVICE

Please take notice that on July 15, 2109 I, Leonard A. Szplett, hereby do, certify that I did file a RESPONSE TO THE DEFENDANTS FILING OF THE JOINT STATEMENT with the NORTHERN DISTRICT OF ILLINOIS in the foregoing matter of Case No. 1:19 CV-02500 and have served the persons identified on the docket's service list and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system through the Clerk's Office.

Respectfully Submitted this 15 Day of July 2019 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

3

From: Kimberly Overbaugh KOverbaugh@h-dlaw.com

Attachment-Szplett Response

Subject: Re: Szplett v. Kenco
Date: Jul 10, 2019, 4:28:05 PM
To: Argentieri, Julia P. (Chicago) Julia.Argentieri@jacksonlewis.com
Cc: Tom Davies TDavies@h-dlaw.com, jjeffrey@cmn-law.com, dmurday@cmn-law.com, Leonard Szplett stkbnd2000@aol.com, Moran, Jody Wilner (Chicago) Jody.Moran@jacksonlewis.com, Stroud, Lisa (Chicago) Lisa.Stroud@jacksonlewis.com

**I approve for Mars, Coffey and Moore.**

On Jul 10, 2019, at 4:50 PM, Argentieri, Julia P. (Chicago) <Julia.Argentieri@jacksonlewis.com> wrote:

Mr. Szplett and Counsel –
The Court requests that we file a Joint Status report today in anticipation of the initial court status hearing. Our office has prepared the attached draft. If anyone would like to add or propose changes, please circulate them. If you approve of the status report, please so indicate. If we have not heard from you, we will indicate

that certain parties have not responded when we file.

Thanks,
Julie

Julia P. Argentieri
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com | www.jacksonlewis.com
*Winner, ILTA's Innovative Law Firm of the Year*

**<Draft - Joint Initial Status Report 071019.docx>**

From: **Leonard Szplett** stkbnd2000@aol.com
Subject: **Re: Szplett v. Kenco**
Date: **Jul 11, 2019, 6:54:05 AM**
To: **Argentieri, Julia P. (Chicago)**
Julia.Argentieri@jacksonlewis.com

Thank you for asking for my input in this court status request. Due to the short notice I wasn't able to respond in timely fashion to you.
I would appreciate more time in the future to review responses to the court.
Thank you.
Len Szplett


Sent from my iPhone

> On Jul 10, 2019, at 3:49 PM, Argentieri, Julia P. (Chicago) <Julia.Argentieri@jacksonlewis.com> wrote:
>
> Mr. Szplett and Counsel –
> The Court requests that we file a Joint Status report today in anticipation of the initial court status hearing. Our office has prepared the attached draft. If anyone would like to add or