# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Leonard A Szplett

                              Plaintiff,

v.                                          Case No.: 1:19−cv−02500
                                            Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2019:

     MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/18/2019 at 9:00 a.m. Motion hearing held. Motions to dismiss [23] [27] [32] are entered and continued. Plaintiff shall file his responses by 8/13/2019; Defendants shall reply 9/10/2019. MIDP disclosures and discovery are stayed pending further order of court. The 7/18/2019 motion hearing [34] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.