UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Leonard A Szplett

Plaintiff,

v.

Case No.: 1:19−cv−02500
Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2019:

MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to respond to Defendants' motion(s) to dismiss [37] is denied as moot in light of the briefing schedule [39].Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.