UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD A. SZPLETT, an individual,<br><br>PLAINTIFF,<br><br>VS.<br><br>KENCO LOGISTIC SERVICES, LLC, a TENNESSEE LIMITED LIABILITY COMPANY, MARS, INC., The HARTFORD, DAVID JABALEY, MARIO LOPEZ, TAMMI FOWLER, PAULA HISE, TRACE SPIER, ROBERT COFFEY, TODD MOORE, JAY ELLIOTT, DAVID CAINES, MICHAEL MANZELLO, DWIGHT CRAWLEY, and KELVIN WALSH<br><br>DEFENDANTS. | 1:19-CV-02500<br>JUDGE : Gary Feinerman<br>Magistrate Judge: Young B. Kim |

PLAINTIFF'S MOTION TO CLARIFY AND CORRECT THE FILING DATE OF PLAINTIFF'S RESPONSES TO DEFENDANT'S KENCO LOGISTICS, DAVID JABALEY, MARIO LOPEZ, TAMMI FOWLER, PAULA HISE, TRACE SPIER, JAY ELLIOTT, DAVID CAINES, MICHAEL MANZELLO, DWIGHT CRAWLEY, KELVIN WALSH, MARS, ROBERT COFFEY, TODD MOORE and The HARTFORD'S 12b(6) MOTION TO DISMISS PLAINTIFF'S CASE

**NOW COMES** Plaintiff, Leonard A. Szplett, Pro Se, hereby motions the court to take notice of Plaintiff's actual filing date of his responses to Defendants' Motion(s) to Dismiss and in support of his motion Plaintiff states the following; THAT:

Page **1** of 4

1. Plaintiff contends that the court ordered him to file his responses by August 13, 2019.

2. Plaintiff contented that he timely filed his responses on August 13, 2019 by U.S. Mail. See attached Exhibit A

3. Plaintiff contends that two (2) sets of his responses were delivered to the clerk's office on August 15, 2019 according to U.S. Postal records. See Attached Exhibit B

4. Plaintiff contends that he called several times to the clerk's office to follow up on receipt of his responses.

5. Plaintiff contends that it was until yesterday, August 21, 2019, in the late afternoon that his responses were uploaded to the electronic filing system.

6. It was also at that time that Plaintiff learned that his responses were time stamped August 16, 2019 and that the accompanying postmarked envelope was not scanned.

7. Plaintiff was not sure how this process would validate the timely filing of his responses, as the postmarked envelope was not reflected in the records according to the clerk's office.

8. Plaintiff did not want to appear to have taken advantage of the courts time it extended to Plaintiff to respond and;

9. In an effort to demonstrate his compliance and to avoid any unnecessary issues or adverse decisions in his case, Plaintiff took it upon himself to

bridge any gaps and provide the necessary information to demonstrate his compliance.

**Wherefore,** Plaintiff prays to this Honorable court to take note that Plaintiff complied with the August 13, 2019 filing date of his responses in opposition to Defendants Kenco, Hise, Walsh, Crawley, Caines, Jabaley, Lopez, Fowler, Manzello, Spier, Mars, Robert Coffey, Todd Moore, and the Hartford's motion(s) to dismiss

Respectfully Submitted this 22 Day of August 2019 by:

*Leonard Szplett* (signature)

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

*RECEIVED 2019 AUG 22 PM 4:12 CLERK U.S. DISTRICT COURT*

<u>CERTIFICATE OF SERVICE</u>

Please take notice that on August 22, 2109 I, Leonard A. Szplett, hereby do, certify that I did file a MOTION TO CLARIFY AND CORRECT THE FILING DATE OF PLAINTIFF'S RESPONSE(S) TO DEFENDANTS KENCO LOGISTICS, DAVID JABALEY, MARIO LOPEZ, TAMMI FOWLER, PAULA HISE, TRACE SPIER, JAY ELLIOTT, DAVID CAINES, MICHAEL MANZELLO, DWIGHT CRAWLEY, KELVIN WALSH, MARS, ROBERT COFFEY, TODD MOORE, and The HARTFORD's 12b(6) MOTION TO DISMISS with the NORTHERN DISTRICT OF ILLINOIS in the foregoing matter of Case No. 1:19 CV-02500 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system through the Clerk's Office.

Respectfully Submitted this 22 Day of August 2019 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

Exhibit A

RECEIVED
2019 AUG 22 PM 4: 12
CLERK
U.S. DISTRICT COURT

```
=========================================
           CARDISS COLLINS
       433 W HARRISON ST FL LBBY
          CHICAGO, IL 60699-9208
              161503-0804
              (800)275-8777
           08/13/2019 09:27 PM
=========================================
=========================================
               Duplicate
-----------------------------------------
Product          Qty    Unit      Price
                        Price
-----------------------------------------
PM 1-Day          1     $7.35     $7.35
Flat Rate Env
    (Domestic)
    (CHICAGO, IL  60604)
    (Flat Rate)
    (Expected Delivery Day)
    (Thursday 08/15/2019)
    (USPS Tracking #)
    (9505 5156 4056 9225 3850 70)
Insurance                         $0.00
    (Up to $50.00 included)
-----------------------------------------
Total:                            $7.35
-----------------------------------------

-----------------------------------------
Debit Card Remit'd                $7.35
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX1666)
    (Approval #)
    (Transaction #:958)
    (Receipt #:022076)
    (Debit Card Purchase:$7.35)
    (Cash Back:$0.00)
    (AID:A0000000980840    Chip)
    (AL:US DEBIT)
    (PIN:Verified)
-----------------------------------------

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

           Preview your Mail
           Track your Packages
           Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
  Refunds for guaranteed services only.
        Thank you for your business.

        HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

                 Go to:
     https://postalexperience.com/Pos

     840-5606-0006-006-00038-90009-02
```

Exhibit B

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

RECEIVED
2019 AUG 22 PM 4:12
CLERK
U.S. DISTRICT COURT

Track Another Package +

**Tracking Number:** 9505515640569225385070    Remove ✕

Your item was delivered in or at the mailbox at 9:45 am on August 15, 2019 in CHICAGO, IL 60604.

## ⊘ Delivered

August 15, 2019 at 9:45 am
Delivered, In/At Mailbox
CHICAGO, IL 60604

Get Updates ∨

---

| Text & Email Updates | ∨ |

---

| Tracking History | ∧ |

**August 15, 2019, 9:45 am**
Delivered, In/At Mailbox
CHICAGO, IL 60604
Your item was delivered in or at the mailbox at 9:45 am on August 15, 2019 in CHICAGO, IL 60604.

**August 15, 2019, 9:02 am**
Arrived at Post Office
CHICAGO, IL 60699

**August 15, 2019, 1:04 am**
Arrived at USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

**August 14, 2019**
In Transit to Next Facility

**August 13, 2019, 9:26 pm**
USPS in possession of item
CHICAGO, IL 60699

---

| Product Information | ∨ |

See Less ∧