**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Leonard A Szplett

                Plaintiff,

v.                                                   Case No.: 1:19–cv–02500

                                                              Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 26, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to clarify and correct the filing date of Plaintiff's responses to Defendant's motion to dismiss [44] is granted. Plaintiff's responses are deemed to have been timely filed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.