IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Leonard A. Szplett, <br><br> Plaintiff, <br><br> v. <br><br> Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., The Hartford, David Jabaley, Mario Lopez, Tammi Fowler, Paula Hise, Trace Spier, Robert Coffey, Todd Moore, Jay Elliot, David Caines, Michael Manzello, David Crawley, and Kelvin Walsh, <br><br> Defendants. | Case No. 1:19-cv-02500 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Young B. Kim |

## DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(b)

Comes now Defendants Mars, Inc., Robert Coffey, and Todd Moore, by and through their undersigned counsel, and files the within Reply to Plaintiff's Response to Defendants' Motion to Dismiss the Complaint Under Rule 12(b).

Defendants also rely on their contemporaneously filed Reply Brief in Support of Defendants' Motion to Dismiss the Complaint Under Rule 12(b), their Motion to Dismiss the Complaint Under Rule 12(b) and their Memorandum in Support of Motion to Dismiss the Complaint Under Rule 12(b).


Dated: September 10, 2019

Respectfully submitted,

/s/ Thomas R. Davies
Thomas R. Davies, Esq. PA #35260
Kimberly J. Overbaugh, Esq. PA #85610
HARMON & DAVIES, P.C.
2306 Columbia Ave.

1

Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236
tdavies@h-dlaw.com
koverbaugh@h-dlaw.com
Attorneys for Defendants
Mars, Inc., Robert Coffey
and Todd Moore

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein this matter, hereby certify that on September 10, 2019, I electronically filed a copy of the foregoing **Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss the Complaint Under Rule 12(b)** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been served by U.S. mail, postage prepaid to the following non-ECF participant:

>Leonard A. Szplett
>3421 W. 1500 NW Road
>Kankakee, IL 60901

>/s/ Thomas R. Davies
>Thomas R. Davies, Esq. PA #35260
>Kimberly J. Overbaugh, Esq. PA #85610
>HARMON & DAVIES, P.C.
>2306 Columbia Avenue
>Lancaster, PA 17603
>Tel. (717) 291-2236
>Fax (717) 291-2236
>tdavies@h-dlaw.com
>koverbaugh@h-dlaw.com
>Attorneys for Defendants
>Mars, Inc., Robert Coffey
>and Todd Moore