UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Leonard A Szplett

                                              Plaintiff,

v.                                                                         Case No.: 1:19−cv−02500
                                                                         Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2019:

       MINUTE entry before the Honorable Gary Feinerman:The status hearing set for 9/18/2019 at 9:00 a.m. [39] is re−set for 9:15 a.m. TIME CHANGE ONLY. The court will have questions regarding the pending motions to dismiss.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.