UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Leonard A Szplett
                    Plaintiff,

v.                                                 Case No.: 1:19–cv–02500
                                                        Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 10/24/2019 at 9:00 a.m. Motions to dismiss [23], [27], and [32] are taken under advisement. The court will rule by mail.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.