# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LEONARD A. SZPLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-02500 |
| | ) | |
| KENCO LOGISTIC SERVICES, LLC, a | ) | Judge Gary Feinerman |
| Tennessee Limited Liability Company, Mars, | ) | Magistrate Judge Young B. Kim |
| Inc., The Hartford, DAVID JABALEY, MARIO | ) | |
| LOPEZ, TAMMI FOWLER, PAULA HISE, | ) | |
| TRACE SPIER, ROBERT COFFEY, TODD | ) | |
| MOORE, JAY ELLIOT. DAVID CAINES, | ) | |
| MICHAEL MANZELLO, DAVID CRAWLEY, | ) | |
| and KELVIN WALSH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, November 14, 2019 at 9:00 a.m.**, we shall appear before the Honorable Judge Gary Feinerman, or any judge sitting in his stead in Courtroom 2141, U.S. District Court, 219 S. Dearborn St., Chicago, and shall then and there present *Defendants' Motion to Dismiss Szplett's Second Amended Complaint (Dkt. No. 53).*

Dated: November 4, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.

　　　　　　　　　　　　　　　　　　By:　/s/Jody Wilner Moran
　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601

Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Julia P. Argentieri, an attorney, hereby certify that on November 4, 2019, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION TO DISMISS SZPLETT'S SECOND AMENDED COMPLAINT (DKT. NO. 53**) with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been mail and email to the following non-ECF participant:

> Leonard Szplett
> 3421 W. 1500 NW Road
> Kankakee, IL 60901
> Stkbnd2000@aol.com

By: /s/ Julia P. Argentieri
One of the Attorneys for the Defendants

4845-7069-6108, v. 1