# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEONARD A. SZPLETT, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:19-cv-02500 |
| ) | Judge Gary Feinerman |
| KENCO LOGISTIC SERVICES, LLC, a ) | |
| TENNESSEE LIMITED LIABILITY COMPANY, ) | |
| MARS, INC., THE HARTFORD, DAVID ) | |
| JABALEY, MARIO LOPEZ, TAMMI FOWLER, ) | |
| PAULA HISE, TRACE SPIER, ROBERT ) | |
| COFFEY, TODD MOORE, JAY ELLIOTT, ) | |
| DAVID CAINES, MICHAEL MANZELLO, ) | |
| DAVID CRAWLEY, and KEVIN WALSH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: *See Certificate of Service.*

PLEASE TAKE NOTICE that on **Thursday, November 14, 2019** at **9:00 a.m.**, or as soon thereafter as this motion may be heard, we shall appear before the Honorable **Judge Gary Feinerman**, or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 2125** in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago Illinois and then and there present Defendant Hartford Life and Accident Insurance Company's Motion to Dismiss Second Amended Complaint.

                                         **HARTFORD LIFE AND ACCIDENT**
                                         **INSURANCE COMPANY**

                                         By:    /s/ Joseph R. Jeffery
                                                     One of Its Attorneys

Donald A. Murday
dmurday@cmn-law.com
Joseph R. Jeffery
jjeffery@cmn-law.com
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600

**CERTIFICATE OF SERVICE**

     I hereby certify that on **November 4, 2019**, I electronically filed the foregoing Notice of Motion to Dismiss Second Amended Complaint, with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

| | |
|---|---|
| Jody Wilner Moran, Esq. | Thomas R. Davis, Esq. |
| Julia P. Argentieri, Esq. | Kimberly J. Overbaugh, Esq. |
| Jackson Lewis, P.C. | Harmon & Davies, P.C. |
| 150 N. Michigan Avenue | 2306 Columbia Aveue |
| Suite 2500 | Lancaster, PA 17603 |
| Chicago, IL 60601 | tdavies@h-dlaw.com |
| jody.moran@jacksonlewis.com | koverbaugh@h-dlaw.com |
| julia.argentieri@jacksonlewis.com | |

I further certify that a copy of the foregoing has been served by e-mail and U.S. Mail, postage prepaid to the following non-ECF participant:

    Leonard A. Szplett
    3421 W. 1500 NW Road
    Kankakee, IL 60901
    Stkbnd2000@aol.com

                                                   /s/ Joseph R. Jeffery
                                                   CHITTENDEN, MURDAY & NOVOTNY LLC
                                                   303 West Madison Street, Suite 1400
                                                   Chicago, Illinois 60606
                                                   (312) 281-3600 (phone)
                                                   (312) 281-3678 (fax)
                                                   jjeffery@cmn-law.com