IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Leonard A. Szplett, <br><br> Plaintiff, <br><br> v. <br><br> Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., The Hartford, David Jabaley, Mario Lopez, Tammi Fowler, Paula Hise, Trace Spier, Robert Coffey, Todd Moore, Jay Elliot, David Caines, Michael Manzello, David Crawley, and Kelvin Walsh, <br><br> Defendants. | Case No. 1:19-cv-02500 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Young B. Kim |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6), or alternatively Rule 41(b), of the Federal Rules of Civil Procedure, Defendants Mars, Inc., Robert Coffey, and Todd Moore, by and through their undersigned counsel, respectfully move this Honorable Court to dismiss Plaintiff's Second Amended Complaint in its entirety with prejudice. The reasons supporting this Motion are set forth in the accompanying Memorandum in Support.

Dated: November 4, 2019

Respectfully submitted,

/s/ Thomas R. Davies
Thomas R. Davies, Esq. PA #35260
Kimberly J. Overbaugh, Esq. PA #85610
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236
tdavies@h-dlaw.com

1

2

koverbaugh@h-dlaw.com
Attorneys for Defendants
Mars, Inc., Robert Coffey
and Todd Moore

## CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys of record herein this matter, hereby certify that on November 4, 2019, I electronically filed a copy of the foregoing **Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been served by U.S. mail, postage prepaid to the following non-ECF participant:

      Leonard A. Szplett
      3421 W. 1500 NW Road
      Kankakee, IL 60901

      /s/ Thomas R. Davies
      Thomas R. Davies, Esq. PA #35260
      Kimberly J. Overbaugh, Esq. PA #85610
      HARMON & DAVIES, P.C.
      2306 Columbia Avenue
      Lancaster, PA 17603
      Tel. (717) 291-2236
      Fax (717) 291-2236
      tdavies@h-dlaw.com
      koverbaugh@h-dlaw.com
      Attorneys for Defendants
      Mars, Inc., Robert Coffey
      and Todd Moore