**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Leonard A. Szplett, <br><br> Plaintiff, <br><br> v. <br><br> Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., The Hartford, David Jabaley, Mario Lopez, Tammi Fowler, Paula Hise, Trace Spier, Robert Coffey, Todd Moore, Jay Elliot, David Caines, Michael Manzello, David Crawley, and Kelvin Walsh, <br><br> Defendants. | Case No. 1:19-cv-02500 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Young B. Kim |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, November 14, 2019 at 9:00 a.m., we shall appear before the Honorable Judge Gary Feinerman, or any judge sitting in his stead in Courtroom 2141, U.S. District Court, 219 S. Dearborn St., Chicago, and shall then and there present Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

Dated: November 4, 2019

Respectfully submitted,

/s/ Thomas R. Davies
Thomas R. Davies, Esq. PA #35260
Kimberly J. Overbaugh, Esq. PA #85610
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236
tdavies@h-dlaw.com
koverbaugh@h-dlaw.com

1

Attorneys for Defendants
Mars, Inc., Robert Coffey
and Todd Moore

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein this matter, hereby certify that on November 4, 2019, I electronically filed a copy of the foregoing **Notice of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been served by U.S. mail, postage prepaid to the following non-ECF participant:

> Leonard A. Szplett
> 3421 W. 1500 NW Road
> Kankakee, IL 60901

> /s/ Thomas R. Davies
> Thomas R. Davies, Esq. PA #35260
> Kimberly J. Overbaugh, Esq. PA #85610
> HARMON & DAVIES, P.C.
> 2306 Columbia Avenue
> Lancaster, PA 17603
> Tel. (717) 291-2236
> Fax (717) 291-2236
> tdavies@h-dlaw.com
> koverbaugh@h-dlaw.com
> Attorneys for Defendants
> Mars, Inc., Robert Coffey
> and Todd Moore