## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Leonard A Szplett

                         Plaintiff,

v.                                                               Case No.: 1:19−cv−02500
                                                                  Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motions to dismiss [55] [58] [61] are entered and continued. Plaintiff shall respond to the motions by 12/2/2019; Defendants shall reply by 12/19/2019. Motion hearings set for 11/14/2019 [57] [60] and [63] are stricken. The status hearing set for 11/14/2019 [54] is stricken and re−set for 1/8/2020 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.