UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

DEC 03 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LEONARD A. SZPLETT, an individual,

PLAINTIFF,

vs.

KENCO LOGISTIC SERVICES, LLC, a TENNESSEE LIMITED LIABILITY COMPANY, MARS, INC., The HARTFORD, DAVID JABALEY, MARIO LOPEZ, TAMMI FOWLER, PAULA HISE, TRACE SPIER, ROBERT COFFEY, TODD MOORE, JAY ELLIOTT, DAVID CAINES, MICHAEL MANZELLO, DWIGHT CRAWLEY, and KELVIN WALSH

DEFENDANTS.

1:19-CV-02500
JUDGE : Gary Feinerman
Magistrate Judge: Young B. Kim

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' 12b(6) MOTION TO DISMISS PLAINTIFF'S CASE

**NOW COMES** Plaintiff, Leonard A. Szplett, Pro Se, hereby motions the court to extend his time to respond to Defendants' Motion(s) to Dismiss and in support of his motion Plaintiff states the following; THAT:

1. Plaintiff prayerful requests a brief extension of ten (10) days to respond to the motions to dismiss due to the inclement weather and some extenuating family circumstances.

2. Plaintiff requests this extension to ensure his ability to properly respond to these motions and does not request this additional time to hinder or delay this process.

**Wherefore,** Plaintiff prays to this Honorable court to extend the time to respond to the Defendants' motion to dismiss.

Respectfully Submitted this 29 Day of November 2019 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125

Stkbnd2000@aol.com

CERTIFICATE OF SERVICE

Please take notice that on November 29, 2109 I, Leonard A. Szplett, hereby do, certify that I did file a MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' 12b(6) MOTION TO DISMISS with the NORTHERN DISTRICT OF ILLINOIS in the foregoing matter of Case No. 1:19 CV-02500 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system through the Clerk's Office.

Respectfully Submitted this 29 Day of November 2019 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
      Stkbnd2000@aol.com

Page **1** of **3**