## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Leonard A Szplett

                                  Plaintiff,

v.                                                        Case No.: 1:19–cv–02500
                                                                    Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 9, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time [65] is granted. The time for Plaintiff to respond to the motions to dismiss [55][58][61] is extended to 12/12/2019; Defendants shall reply by 1/7/2020. The status hearing set for 1/8/2020 [64] is stricken and re−set for 1/15/2020 at 9:00 a.m.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.