

**FILED**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

JAN 15 2020 Ac

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LEONARD A. SZPLETT, an individual,

    PLAINTIFF,

VS.

KENCO LOGISTIC SERVICES, LLC, a TENNESSEE LIMITED LIABILITY COMPANY, MARS, INC., The HARTFORD, DAVID JABALEY, MARIO LOPEZ, TAMMI FOWLER, PAULA HISE, TRACE SPIER, ROBERT COFFEY, TODD MOORE, JAY ELLIOTT, DAVID CAINES, MICHAEL MANZELLO, DWIGHT CRAWLEY, and KELVIN WALSH

    DEFENDANTS.

Case No. 1:19 CV-02500

Judge: Gary Feinerman

Magistrate Judge: Young B. Kim

---

### PLAINTIFF'S FURTHER CLARIFICATION ON HIS RESPONSE TO JUDGE FEINERMAN ON THE TIMING ON THE FILING OF THIS MATTER

**NOW COMES** Plaintiff, Leonard A. Szplett, Pro Se, in further response to Judge Feinerman's question on the timing of Plaintiff's filing of this action and for his good cause shown in support of his response Plaintiff seeks permission to further state the following;

**THAT**:

In addition to the reasons that were given to you earlier about my health, receiving information and notices post termination, and the realization of what happened. There was some

additional information that I did not cover and would like to further clarify the reason for the timing of the filing of this case.

As of today, January 15, 2020, a timely filed outstanding case with the EEOC relative to these and other issues under title VII is still pending. It was my hope that all of these issues could have been filed together, but due to the still pending charges at the EEOC these matters were unable to be filed together.

During the course of this EEOC process, Plaintiff lost his right to pursue his claim under the equal pay equal work act waiting on a disposition from the EEOC. After this incident Plaintiff became aware that the statutes of limitations are not halted until the EEOC comes to a resolve. Based upon this lesson, Plaintiff knew that he had to pursue this action before the statute of limitations ran out.

Plaintiff is simply seeking justice for the harms that have occurred and ask the court to consider this additional information.

Respectfully Submitted this 15 Day of January 2020 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

## CERTIFICATE OF SERVICE

Please take notice that on January 15, 2020 I, Leonard A. Szplett, hereby do, certify that I did file a RESPONSE TO CLARIFY PLAINTIFF'S RESPONSE TO JUDGE FEINERMAN ON THE TIMING OF THE FILING OF THIS MATTER DEFENDANT with the NORTHERN DISTRICT OF ILLINOIS in the foregoing matter of Case No. 1:19 CV-02500 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system through the Clerk's Office.

Respectfully Submitted this 15 Day of January 2020 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com