**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Leonard A Szplett

                                  Plaintiff,

v.                                                     Case No.: 1:19−cv−02500

                                                          Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 13, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Given the COVID−19 situation, the 3/19/2020 status hearing [73] is stricken and re−set for 4/8/2020 at 9:00 a.m. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.