UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Leonard A Szplett

                     Plaintiff,

v.                                                 Case No.: 1:19–cv–02500
                                                                   Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                     Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, April 22, 2020:

      MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motions to dismiss [55][58][61] are granted. The court relinquishes its jurisdiction over Plaintiff's tortious interference with economic advantage claims against Defendants Lopez, Jabaley, Hise, Moore, Coffey, and Fowler. Plaintiff may re–file those claims in state court, subject of course to any applicable defenses. Plaintiff's other claims are dismissed with prejudice. Enter judgment order. Status hearing set for 5/13/2020 [78] is stricken. Civil case closed.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.