## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Leonard A Szplett,

Plaintiff(s),

v.

Kenco Logistic Services, LLC et al,

Defendant(s).

Case No. 19 C 2500
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: : Judgment is entered in favor of Defendants Kenco Logistic Services, LLC, et al., and against Plaintiff Leonard A. Szplett. The court relinquishes its jurisdiction over Plaintiff's tortious interference with economic advantage claims against Defendants Lopez, Jabaley, Hise, Moore, Coffey, and Fowler. Plaintiff's other claims are dismissed with prejudice, and he is entitled to no relief on those claims.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 4/22/2020                                Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes, Deputy Clerk