UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Leonard A Szplett

                Plaintiff,

v.                                        Case No.: 1:19–cv–02500
                                             Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 22, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion for reconsideration [83] is denied. To the extent Plaintiff's motion presses arguments that he did not present in opposing dismissal, those arguments are forfeited. And forfeiture aside, the motion offers no grounds on which to reconsider the court's dismissal of Plaintiff's claims.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.