

RECEIVED
6/28/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

LEONARD A. SZPLETT, an individual,

  PLAINTIFF,

VS.

KENCO LOGISTIC SERVICES, LLC, a
TENNESSEE LIMITED LIABILITY
COMPANY, MARS, INC., The
HARTFORD, DAVID JABALEY, MARIO
LOPEZ, TAMMI FOWLER, PAULA HISE,
TRACE SPIER, ROBERT COFFEY, TODD
MOORE, JAY ELLIOTT, DAVID CAINES,
MICHAEL MANZELLO, DWIGHT
CRAWLEY, and KELVIN WALSH
  DEFENDANTS

Case No. 1:19 CV-02500 Judge:

Judge Gary Feinerman

Magistrate Judge: Young B. Kim

## NOTICE TO APPEAL

Notice is hereby given that Leonard A. Szplett, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following orders by the Honorable Judge Feinerman: (1) Order entered May 22, 2020, denying Plaintiff's Motion for reconsideration on the Order entered on April 22, 2020, granting Defendants' motion. Final judgment on Defendant's motion for summary judgment was entered and filed with the Court on May 22, 2020[1].

Respectfully Submitted this 28 Day of June 202 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

---

[1] Plaintiff just became aware on June 22, 2021 of the order entered on May 22, 2020 denying his motion for reconsider to amend or alter judgement. Plaintiff did not receive the order to timely move forward with his appeal.

## CERTIFICATE OF SERVICE

Please take notice that on June 28,, 2021 I, Leonard A. Szplett, hereby do, certify that I did file a <u>NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS and the DOCKETING STATEMENT</u> with the NORTHERN DISTRICT OF ILLINOIS in the foregoing matter of Case No. 1:19 CV-02500 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system through the Clerk's Office.

*/s/ Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com