

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

LEONARD A. SZPLETT, an individual,

    PLAINTIFF,

VS.

KENCO LOGISTIC SERVICES, LLC, a TENNESSEE LIMITED LIABILITY COMPANY, MARS, INC., The HARTFORD, DAVID JABALEY, MARIO LOPEZ, TAMMI FOWLER, PAULA HISE, TRACE SPIER, ROBERT COFFEY, TODD MOORE, JAY ELLIOTT, DAVID CAINES, MICHAEL MANZELLO, DWIGHT CRAWLEY, and KELVIN WALSH

    DEFENDANTS

Case No. 1:19 CV-02500 Judge:

Judge Gary Feinerman

Magistrate Judge: Young B. Kim

## APPELLANT'S DOCKETING STATEMENT

1. The cause of action for the Plaintiff arise under 42 U.S.C. § 2000e as amended, and 42 U.S.C. § 1981 *et seq.*, as amended.

2. The Plaintiff brought his race discrimination claims under 42 U.S.C. § 1981 *et seq.*, as amended.

3. The case involves race discrimination Plaintiff suffered during his employment with Defendants.

4. It is a federal question and jurisdiction is based on 28 U.S.C. § 1331. Venue in the Southern District of Illinois is proper. The claim for relief arose in this state as required by 42 U.S.C. § 12101.

5.  The Defendants conduct business in the state of Illinois.

## **APPELLATE JURISDICTION**

6.  Appellate Jurisdiction is conferred by 28 U.S.C. § 1291.

7.  Plaintiff's appeal is from the following order by the Honorable Judge Feinerman : (1) Order entered May 22, 2020 denying Plaintiff's Motion Reconsider to Amend or Alter Judgement on the order entered April 22, 2020, granting Defendants' motion.

8.  Said summary judgment order was filed and entered on May 22, 2020 against Plaintiff. Final judgment was thereafter filed and entered on May 22, 2020.

9.  Plaintiff filed a notice to appeal with the Clerk of the Northern District of Illinois Court on June 28, 2021[1].

10. No other appeals have been filed or are pending in this case.

Respectfully Submitted this 28 Day of June 202 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

---

1  Plaintiff filed his appeal as soon as he reasonably could after becoming aware of the May 22, 2020 order entered against him denying his motion to reconsider.

CERTIFICATE OF SERVICE

Please take notice that on June 28,, 2021 I, Leonard A. Szplett, hereby do, certify that I did file a **APPELLANT'S DOCKETING STATEMENT** with the NORTHERN DISTRICT OF ILLINOIS in the foregoing matter of Case No. 1:19 CV-02500 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system through the Clerk's Office.

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com