

RECEIVED
6/28/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

LEONARD A. SZPLETT, an individual,

    PLAINTIFF,

VS.

KENCO LOGISTIC SERVICES, LLC, a
TENNESSEE LIMITED LIABILITY
COMPANY, MARS, INC., The
HARTFORD, DAVID JABALEY, MARIO
LOPEZ, TAMMI FOWLER, PAULA HISE,
TRACE SPIER, ROBERT COFFEY, TODD
MOORE, JAY ELLIOTT, DAVID CAINES,
MICHAEL MANZELLO, DWIGHT
CRAWLEY, and KELVIN WALSH
    DEFENDANTS

Case No. 1:19 CV-02500 Judge:

Judge Gary Feinerman

Magistrate Judge: Young B. Kim

### NOTICE TO APPEAL

Notice is hereby given that Leonard A. Szplett, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following orders by the Honorable Judge Feinerman: (1) Order entered May 22, 2020, denying Plaintiff's Motion for reconsideration on the Order entered on April 22, 2020, granting Defendants' motion. Final judgment on Defendant's motion for summary judgment was entered and filed with the Court on May 22, 2020[1].

Respectfully Submitted this 28 Day of June 202 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

---

1 Plaintiff just became aware on June 22, 2021 of the order entered on May 22, 2020 denying his motion for reconsider to amend or alter judgement. Plaintiff did not receive the order to timely move forward with his appeal.

## CERTIFICATE OF SERVICE

Please take notice that on June 28,, 2021 I, Leonard A. Szplett, hereby do, certify that I did file a NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS and the DOCKETING STATEMENT with the NORTHERN DISTRICT OF ILLINOIS in the foregoing matter of Case No. 1:19 CV-02500 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system through the Clerk's Office.

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

FILED
6/28/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

LEONARD A. SZPLETT, an individual,

    PLAINTIFF,

VS.

KENCO LOGISTIC SERVICES, LLC, a
TENNESSEE LIMITED LIABILITY
COMPANY, MARS, INC., The
HARTFORD, DAVID JABALEY, MARIO
LOPEZ, TAMMI FOWLER, PAULA HISE,
TRACE SPIER, ROBERT COFFEY, TODD
MOORE, JAY ELLIOTT, DAVID CAINES,
MICHAEL MANZELLO, DWIGHT
CRAWLEY, and KELVIN WALSH
    DEFENDANTS

Case No. 1:19 CV-02500 Judge:

Judge Gary Feinerman

Magistrate Judge: Young B. Kim

## APPELLANT'S DOCKETING STATEMENT

1. The cause of action for the Plaintiff arise under 42 U.S.C. § 2000e as amended, and 42 U.S.C. § 1981 *et seq.*, as amended.

2. The Plaintiff brought his race discrimination claims under 42 U.S.C. § 1981 *et seq.*, as amended.

3. The case involves race discrimination Plaintiff suffered during his employment with Defendants.

4. It is a federal question and jurisdiction is based on 28 U.S.C. § 1331. Venue in the Southern District of Illinois is proper. The claim for relief arose in this state as required by 42 U.S.C. § 12101.

5. The Defendants conduct business in the state of Illinois.

## APPELLATE JURISDICTION

6. Appellate Jurisdiction is conferred by 28 U.S.C. § 1291.

7. Plaintiff's appeal is from the following order by the Honorable Judge Feinerman : (1) Order entered May 22, 2020 denying Plaintiff's Motion Reconsider to Amend or Alter Judgement on the order entered April 22, 2020, granting Defendants' motion.

8. Said summary judgment order was filed and entered on May 22, 2020 against Plaintiff. Final judgment was thereafter filed and entered on May 22, 2020.

9. Plaintiff filed a notice to appeal with the Clerk of the Northern District of Illinois Court on June 28, 2021[1].

10. No other appeals have been filed or are pending in this case.

Respectfully Submitted this 28 Day of June 202 by:

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

---

1 Plaintiff filed his appeal as soon as he reasonably could after becoming aware of the May 22, 2020 order entered against him denying his motion to reconsider.

CERTIFICATE OF SERVICE

Please take notice that on June 28,, 2021 I, Leonard A. Szplett, hereby do, certify that I did file a

**APPELLANT'S DOCKETING STATEMENT** with the NORTHERN DISTRICT OF

ILLINOIS in the foregoing matter of Case No. 1:19 CV-02500 and have served the persons

identified on the docket's service list through Notice of Electronic Filing generated by the

Court's CM/ECF system through the Clerk's Office.

*Leonard Szplett*

Leonard Szplett
3421 W. 1500 NW RD.
Kankakee, ILL 60901
815-212-3125
Stkbnd2000@aol.com

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Leonard A Szplett

                                              Plaintiff,

v.                                                              Case No.: 1:19−cv−02500
                                                                             Honorable Gary Feinerman

Kenco Logistic Services, LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 22, 2020:

       MINUTE entry before the Honorable Gary Feinerman:Motion for reconsideration [83] is denied. To the extent Plaintiff's motion presses arguments that he did not present in opposing dismissal, those arguments are forfeited. And forfeiture aside, the motion offers no grounds on which to reconsider the court's dismissal of Plaintiff's claims.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

APPEAL,KIM,MIDP,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:19-cv-02500
# Internal Use Only

| | |
|---|---|
| Szplett v. Kenco Logistic Services, LLC et al | Date Filed: 04/12/2019 |
| Assigned to: Honorable Gary Feinerman | Date Terminated: 04/22/2020 |
| Cause: 18:1961 Racketeering (RICO) Act | Jury Demand: Both |
| | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Diversity |

**Plaintiff**

**Leonard A Szplett**  represented by  **Leonard A Szplett**
*an individual*                           3421 W. 1500 North Rd.
                                          Kankakee, IL 60901
                                          815-212-3125
                                          PRO SE

V.

**Defendant**

**Kenco Logistic Services, LLC**  represented by  **Jody Wilner Moran**
*a Tennessee Limited Liabiltiy Company*           Jackson Lewis P.C. (Chicago)
                                                  150 N. Michigan Ave
                                                  Suite 2500
                                                  Chicago, IL 60601
                                                  312-787-4949
                                                  Email: jody.moran@jacksonlewis.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Julia Pearce Argentieri**
                                                  Jackson Lewis P.C.
                                                  150 N. Michigan Avenue, Suite 2500
                                                  Suite 2500
                                                  Chicago, IL 60601
                                                  United Sta
                                                  (312) 787-4949
                                                  Email: Julia.Argentieri@jacksonlewis.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Mars, Inc.**  represented by  **Kimberly J Overbaugh**
                                Harmon & Davies Pc
                                2306 Columbia Ave

Lancaster, PA 17603
(717) 291-2236
Email: koverbaugh@h-dlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas R. Davies**
Harmon & Davies, P.C.
2306 Columbia Avenue
Lancaster, PA 17603
(717) 291-2236
Email: tdavies@h-dlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Hartford** represented by **Donald Alan Murday**
Chittenden, Murday & Novotny, LLC
303 West Madison Street
Suite 2400
Chicago, IL 60606
(312)281-3600
Email: dmurday@cmn-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Jeffery**
Chittenden, Murday & Novotny, LLC
303 West Madison
Suite 2400
Chicago, IL 60606
(312)281-3600
Email: jjeffery@cmn-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Jabaley** represented by **Jody Wilner Moran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Pearce Argentieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mario Lopez** represented by **Mario Lopez**
PRO SE

**Defendant**

| | | |
|---|---|---|
| **Tammi Fowler** | represented by | **Jody Wilner Moran** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Julia Pearce Argentieri** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Paula Hise** | represented by | **Jody Wilner Moran** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Julia Pearce Argentieri** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Trace Spier** | represented by | **Jody Wilner Moran** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Julia Pearce Argentieri** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Robert Coffey** | represented by | **Kimberly J Overbaugh** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Thomas R. Davies** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Todd Moore** | represented by | **Kimberly J Overbaugh** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Thomas R. Davies** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jay Elliott** | represented by | **Jody Wilner Moran**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Pearce Argentieri**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **David Caines** | represented by | **Jody Wilner Moran**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Pearce Argentieri**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Michael Manzello** | represented by | **Jody Wilner Moran**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Pearce Argentieri**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **David Crawley** | represented by | **Jody Wilner Moran**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Pearce Argentieri**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kelvin Walsh** | represented by | **Jody Wilner Moran**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Pearce Argentieri**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 04/12/2019 | 1 | ☐ 37.85MB | COMPLAINT filed by Leonard A Szplett; Jury Demand (Exhibits). (Attachments: # 1 Exhibits)(aee, ) (Entered: 04/15/2019) |
| 04/12/2019 | 2 | ☐ 1.16MB | CIVIL Cover Sheet. (aee, ) (Entered: 04/15/2019) |
| 04/12/2019 | 3 | ☐ 0.56MB | PRO SE Appearance by Plaintiff Leonard A Szplett. (aee, ) (Entered: 04/15/2019) |
| 04/12/2019 | 🔒 4 | ☐ 60.65KB | (Court only) RECEIPT regarding payment of filing fee paid on 4/12/2019 in the amount of $400.00, receipt number 4624221929. (aee, ) (Entered: 04/15/2019) |
| 04/15/2019 | 5 | ☐ 5.44KB | NOTICE TO THE PARTIES - The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third-Party Complaint is served. (aee, ) (Entered: 04/15/2019) |
| 04/16/2019 | 6 | ☐ 4.24KB | MINUTE entry before the Honorable Gary Feinerman: Status hearing set for 5/30/2019 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 04/16/2019) |
| 05/06/2019 | | | SUMMONS Issued as to Defendants David Caines, Robert Coffey, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Mario Lopez, Michael Manzello, Mars, Inc., Todd Moore, Trace Spier, The Hartford, Kelvin Walsh (daj, ) (Entered: 05/07/2019) |
| 05/28/2019 | 7 | ☐ 4.34KB | MINUTE entry before the Honorable Gary Feinerman: The docket does not indicate that summonses have been served.The status hearing set for 5/30/2019 6 is stricken and re-set for 7/9/2019 at 9:00 a.m. Plaintiff is reminded of the requirements of Civil Rule 4(m).Mailed notice. (jlj, ) (Entered: 05/28/2019) |
| 06/11/2019 | 8 | ☐ 248.02KB | ATTORNEY Appearance for Defendant The Hartford by Donald Alan Murday (Murday, Donald) (Entered: 06/11/2019) |
| 06/11/2019 | 9 | ☐ 248.03KB | ATTORNEY Appearance for Defendant The Hartford by Joseph R. Jeffery (Jeffery, Joseph) (Entered: 06/11/2019) |
| 06/12/2019 | 10 | ☐ 0.96MB | ATTORNEY Appearance for Defendants Robert Coffey, Mars, Inc., Todd Moore by Thomas R. Davies (Davies, Thomas) (Entered: 06/12/2019) |
| 06/12/2019 | 11 | ☐ 0.97MB | ATTORNEY Appearance for Defendants Robert Coffey, Mars, Inc., Todd Moore by Kimberly J Overbaugh (Overbaugh, Kimberly) (Entered: 06/12/2019) |

| | | | |
|---|---|---|---|
| 06/14/2019 | 12 | 91.81KB | ATTORNEY Appearance for Defendants David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin Walsh by Jody Wilner Moran (Moran, Jody) Docket text modified by Clerk's Office on 6/14/2019 (mma, ) (Entered: 06/14/2019) |
| 06/14/2019 | 13 | 91.82KB | ATTORNEY Appearance for Defendants David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin Walsh by Julia Pearce Argentieri (Argentieri, Julia) Docket text modified by Clerk's Office on 6/14/2019 (mma, ) (Entered: 06/14/2019) |
| 06/14/2019 | 14 | 19.03KB | MOTION by Defendants David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin Walsh for extension of time to file answer *Defendants' Unopposed Motion for an Enlargement of Time to Answer or Otherwise Plead* (Moran, Jody) (Entered: 06/14/2019) |
| 06/14/2019 | 15 | 51.14KB | *Notice of Unopposed Motion* NOTICE of Motion by Jody Wilner Moran for presentment of motion for extension of time to file answer, 14 before Honorable Gary Feinerman on 6/19/2019 at 09:00 AM. (Moran, Jody) (Entered: 06/14/2019) |
| 06/14/2019 | 16 | 15.18KB | MOTION by Defendants Robert Coffey, Mars, Inc., Todd Moore for extension of time to file answer (Davies, Thomas) (Entered: 06/14/2019) |
| 06/14/2019 | 17 | 12.84KB | NOTICE of Motion by Thomas R. Davies for presentment of (Davies, Thomas) (Entered: 06/14/2019) |
| 06/14/2019 | 18 | 109.89KB | MOTION by Defendant The Hartford for extension of time to file answer regarding complaint 1 (Jeffery, Joseph) (Entered: 06/14/2019) |
| 06/14/2019 | 19 | 80.14KB | NOTICE of Motion by Joseph R. Jeffery for presentment of motion for extension of time to file answer 18 before Honorable Gary Feinerman on 6/19/2019 at 09:00 AM. (Jeffery, Joseph) (Entered: 06/14/2019) |
| 06/17/2019 | 20 | 4.38KB | MINUTE entry before the Honorable Gary Feinerman:Motions for extension of time to answer 14 , 16 and 18 are granted. The time for Defendants to respond to the complaint is extended to 7/8/2019. Motion hearings set for 6/19/2019 15 , 17 and 19 are stricken. The status hearing set for 7/9/2019 7 is stricken and re-set for 7/16/2019 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 06/17/2019) |
| 06/17/2019 | 21 | 33.61MB | MOTION by Plaintiff Leonard A Szplett to amend complaint (Exhibits). (aee, ) (Entered: 06/18/2019) |
| 06/20/2019 | 22 | 4.32KB | MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion for leave to file an amended complaint 21 is granted. Plaintiff shall file his amended complaint as a separate docket entry. This is Plaintiff's one amendment of right under Civil Rule 15(a)(1). Mailed notice. (jlj, ) (Entered: 06/20/2019) |
| 07/08/2019 | 23 | 51.34KB | MOTION by Defendants David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin WalshDefendants' Motion to Dismiss |

| | | | |
|---|---|---|---|
| | | | Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6) (Moran, Jody) (Entered: 07/08/2019) |
| 07/08/2019 | 24 | ☐ 13.06KB | Defendant's Rule 7.1 Corporate Disclosure Statement by David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin Walsh (Moran, Jody) (Entered: 07/08/2019) |
| 07/08/2019 | 25 | ☐ 1.38MB | MEMORANDUM by David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin Walsh in support of motion for miscellaneous relief, 23 *Defendants' Memorandum in Support of Their Motion to Dismiss* (Attachments: # 1 Exhibit A)(Moran, Jody) (Entered: 07/08/2019) |
| 07/08/2019 | 26 | ☐ 50.55KB | NOTICE of Motion by Jody Wilner Moran for presentment of motion for miscellaneous relief, 23 before Honorable Gary Feinerman on 7/16/2019 at 09:00 AM. (Moran, Jody) (Entered: 07/08/2019) |
| 07/08/2019 | 27 | ☐ 11.38KB | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant The Hartford (Jeffery, Joseph) (Entered: 07/08/2019) |
| 07/08/2019 | 28 | ☐ 5.07MB | MEMORANDUM by The Hartford in support of Motion to Dismiss for Failure to State a Claim 27 (Attachments: # 1 Exhibit A-April 8, 2015 letter, # 2 Exhibit B-POI, # 3 Exhibit C-Policy and Rider)(Jeffery, Joseph) (Entered: 07/08/2019) |
| 07/08/2019 | 29 | ☐ 6.86KB | NOTICE of Motion by Joseph R. Jeffery for presentment of Motion to Dismiss for Failure to State a Claim 27 before Honorable Gary Feinerman on 7/16/2019 at 09:00 AM. (Jeffery, Joseph) (Entered: 07/08/2019) |
| 07/08/2019 | 30 | ☐ 12.02KB | Corporate Disclosure Statement by Mars, Inc. (Overbaugh, Kimberly) (Entered: 07/08/2019) |
| 07/08/2019 | 31 | ☐ 12.64KB | Notice of Presentment by Robert Coffey, Mars, Inc., Todd Moore (Overbaugh, Kimberly) (Entered: 07/08/2019) |
| 07/08/2019 | 32 | ☐ 12.70KB | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Robert Coffey, Mars, Inc., Todd Moore (Overbaugh, Kimberly) (Entered: 07/08/2019) |
| 07/08/2019 | 33 | ☐ 44.71KB | Memorandum in Support of Motion to Dismiss by Robert Coffey, Mars, Inc., Todd Moore (Overbaugh, Kimberly) (Entered: 07/08/2019) |
| 07/10/2019 | 34 | ☐ 12.70KB | NOTICE of Motion by Kimberly J Overbaugh for presentment of Motion to Dismiss for Failure to State a Claim 32 before Honorable Gary Feinerman on 7/18/2019 at 09:00 AM. (Overbaugh, Kimberly) (Entered: 07/10/2019) |
| 07/10/2019 | 35 | ☐ 22.72KB | STATUS Report *Initial Status Report* by David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin Walsh (Moran, Jody) (Entered: 07/10/2019) |
| 07/11/2019 | 36 | ☐ 81.45KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The Hartford (Jeffery, Joseph) (Entered: 07/11/2019) |

| Date | # | Size | Description |
|---|---|---|---|
| 07/15/2019 | 37 | 1.24MB | MOTION by Plaintiff Leonard A Szplett to respond to defendants' motion(s) to dismiss. (gcy, ) (Entered: 07/16/2019) |
| 07/15/2019 | 38 | 5.42MB | RESPONSE to defendants filing of the joint statement by Plaintiff Leonard A Szplett. (Attachments). (gcy, ) (Entered: 07/16/2019) |
| 07/16/2019 | 39 | 4.41KB | MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/18/2019 at 9:00 a.m. Motion hearing held. Motions to dismiss 23 27 32 are entered and continued. Plaintiff shall file his responses by 8/13/2019; Defendants shall reply 9/10/2019. MIDP disclosures and discovery are stayed pending further order of court. The 7/18/2019 motion hearing 34 is stricken.Mailed notice. (jlj, ) (Entered: 07/16/2019) |
| 07/17/2019 | 40 | 4.29KB | MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to respond to Defendants' motion(s) to dismiss 37 is denied as moot in light of the briefing schedule 39 .Mailed notice. (jlj, ) (Entered: 07/17/2019) |
| 08/16/2019 | 41 | 10.34MB | RESPONSE by Plaintiff Leonard A Szplett to defendant's Mars, Inc., Robert Coffey and Todd Moore's 12b(6) motion to dismiss.(Received for docketing on 8/21/19) (aee, ) Modified on 8/21/2019 (aee, ). (Entered: 08/21/2019) |
| 08/16/2019 | 42 | 5.44MB | RESPONSE by Plaintiff Leonard A Szplett to defendant Hartford's 12b(6) motion to dismiss (Exhibits). (Received for docketing on 8/21/19) (aee, ) (Entered: 08/21/2019) |
| 08/16/2019 | 43 | 10.40MB | RESPONSE by Plaintiff Leonard A Szplett to defendant's Kenco Logistics, David Jabaley, Mario Lopez, Tammi Fowler, Paula Hise, Trace Spier, Jay Elliott, David Caines, Michael Manzello, Dwight Crawley, and Kelvin Walsh's 12b(6) motion to dismiss (Exhibits). (Received for docketing on 8/21/19) (aee, ) (Entered: 08/21/2019) |
| 08/22/2019 | 44 | 2.50MB | MOTION by Plaintiff Leonard A Szplett to clarify and correct the filing date of Plaintiff's responses to defendant's Kenco Logistics, David Jabaley, Mario Lopez, Tammi Fowler, Paula Hise, Trace Spier, Jay Elliott, David Caines, Michael Manzello, Dwight Crawley, Kelvin Walsh, Mars, Robert Coffey, Todd Moore and the Hartford's 12b(6) motion to dismiss plaintiff's case (Exhibits). (aee, ) (Entered: 08/23/2019) |
| 08/26/2019 | 45 | 4.31KB | MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to clarify and correct the filing date of Plaintiff's responses to Defendant's motion to dismiss 44 is granted. Plaintiff's responses are deemed to have been timely filed.Mailed notice. (jlj, ) (Entered: 08/26/2019) |
| 09/10/2019 | 46 | 13.08KB | REPLY by Robert Coffey, Mars, Inc., Todd Moore to Response 41 (Davies, Thomas) (Entered: 09/10/2019) |
| 09/10/2019 | 47 | 37.42KB | MEMORANDUM by Robert Coffey, Mars, Inc., Todd Moore in support of Motion to Dismiss for Failure to State a Claim 32 (Davies, Thomas) (Entered: 09/10/2019) |
| 09/10/2019 | 48 | 235.80KB | REPLY by Defendant The Hartford *(in Support of Its Motion to Dismiss)* (Jeffery, Joseph) (Entered: 09/10/2019) |

| Date | # | Size | Description |
|---|---|---|---|
| 09/10/2019 | 49 | 52.87KB | REPLY by Defendants David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin Walsh to Response, 43 *Defendants' Reply in Support of Their Motion to Dismiss* (Moran, Jody) (Entered: 09/10/2019) |
| 09/12/2019 | 50 | 4.33KB | MINUTE entry before the Honorable Gary Feinerman:The status hearing set for 9/18/2019 at 9:00 a.m. 39 is re-set for 9:15 a.m. TIME CHANGE ONLY. The court will have questions regarding the pending motions to dismiss.Mailed notice. (jlj, ) (Entered: 09/12/2019) |
| 09/18/2019 | 51 | 4.33KB | MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 10/24/2019 at 9:00 a.m. Motions to dismiss 23 , 27 , and 32 are taken under advisement. The court will rule by mail.Mailed notice. (jlj, ) (Entered: 09/18/2019) |
| 09/19/2019 | 52 | 116.87KB | ORDER written by the Honorable Gary Feinerman on 9/19/2019. Defendants' motions to dismiss 23 27 32 are granted for the reasons set forth below. The amended complaint 21 is dismissed without prejudice. Plaintiff has until 10/17/2019 to file a second amended complaint. Failure to do so will result in the dismissal with prejudice of this suit.Mailed notice.(jlj, ) (Entered: 09/19/2019) |
| 10/17/2019 | 53 | 8.38MB | SECOND AMENDED complaint by Leonard A Szplett against All Plaintiffs. (aee, ) (Entered: 10/18/2019) |
| 10/21/2019 | 54 | 4.32KB | MINUTE entry before the Honorable Gary Feinerman:Defendants shall respond to the second amended complaint 53 by 11/4/2019. The status hearing set for 10/24/2019 51 is stricken and re-set for 11/14/2019 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 10/21/2019) |
| 11/04/2019 | 55 | 52.35KB | MOTION by Defendants Tammi Fowler, Kenco Logistic Services, LLC, Kelvin Walsh, David Caines, Trace Spier, Jay Elliott, David Crawley, Michael Manzello, Paula Hise, David Jabaley to dismiss *Defendants' Motion to Dismiss Szplett's Second Amended Complaint (Dkt. No. 53)* (Moran, Jody) (Entered: 11/04/2019) |
| 11/04/2019 | 56 | 72.02KB | MEMORANDUM by David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Michael Manzello, Trace Spier, Kelvin Walsh in support of motion to dismiss, 55 *Defendants' Memorandum in Support of Their Motion to Dismiss Szplett's Second Amended Complaint (Dkt. No. 53)* (Moran, Jody) (Entered: 11/04/2019) |
| 11/04/2019 | 57 | 51.07KB | NOTICE of Motion by Jody Wilner Moran for presentment of motion to dismiss, 55 before Honorable Gary Feinerman on 11/14/2019 at 09:00 AM. (Moran, Jody) (Entered: 11/04/2019) |
| 11/04/2019 | 58 | 116.06KB | MOTION by Defendant The Hartford to dismiss *Second Amended Complaint* (Jeffery, Joseph) (Entered: 11/04/2019) |
| 11/04/2019 | 59 | 243.63KB | MEMORANDUM by The Hartford in support of motion to dismiss 58 (Jeffery, Joseph) (Entered: 11/04/2019) |
| 11/04/2019 | 60 | 82.19KB | NOTICE of Motion by Joseph R. Jeffery for presentment of motion to dismiss 58 before Honorable Gary Feinerman on 11/14/2019 at 09:00 AM. |

| Date | # | Size | Description |
|---|---|---|---|
| | | | (Jeffery, Joseph) (Entered: 11/04/2019) |
| 11/04/2019 | 61 | 86.76KB | Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Robert Coffey, Mars, Inc., Todd Moore (Davies, Thomas) (Entered: 11/04/2019) |
| 11/04/2019 | 62 | 132.53KB | MEMORANDUM by Robert Coffey, Mars, Inc., Todd Moore in support of Motion to Dismiss for Failure to State a Claim 61 (Davies, Thomas) (Entered: 11/04/2019) |
| 11/04/2019 | 63 | 86.63KB | NOTICE of Motion by Thomas R. Davies for presentment of Motion to Dismiss for Failure to State a Claim 61 before Honorable Gary Feinerman on 11/14/2019 at 09:00 AM. (Davies, Thomas) (Entered: 11/04/2019) |
| 11/05/2019 | 64 | 4.38KB | MINUTE entry before the Honorable Gary Feinerman:Motions to dismiss 55 58 61 are entered and continued. Plaintiff shall respond to the motions by 12/2/2019; Defendants shall reply by 12/19/2019. Motion hearings set for 11/14/2019 57 60 and 63 are stricken. The status hearing set for 11/14/2019 54 is stricken and re-set for 1/8/2020 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 11/05/2019) |
| 12/03/2019 | 65 | 0.82MB | MOTION by Plaintiff Leonard A Szplett for extension of time to respond to defendants' 12b(6) motion to dismiss plaintiff's case. (aee, ) (Entered: 12/04/2019) |
| 12/09/2019 | 66 | 4.38KB | MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time 65 is granted. The time for Plaintiff to respond to the motions to dismiss 55 58 61 is extended to 12/12/2019; Defendants shall reply by 1/7/2020. The status hearing set for 1/8/2020 64 is stricken and re-set for 1/15/2020 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 12/09/2019) |
| 12/11/2019 | 67 | 6.00MB | RESPONSE by Plaintiff Leonard A Szplett to defendant Kenco Logistics, David Jabaley, Mario Lopez, Tammi Fowler, Paula Hise, Trace Spier, Jay Elliott, David Caines, Michael Manzello, Dwight Crawley, and Kelvin Walsh's Motion to Dismiss. (aee, ) (Entered: 12/12/2019) |
| 12/11/2019 | 68 | 6.75MB | RESPONSE by Plaintiff Leonard A Szplett to defendant Mars, Inc., Robert Correy and Todd Moore's 12b(6) Motion to Dismiss. (aee, ) (Entered: 12/12/2019) |
| 12/11/2019 | 69 | 4.37MB | RESPONSE by Plaintiff Leonard A Szplett to defendant Hartford's 12b(6) Motion to Dismiss. (aee, ) (Entered: 12/12/2019) |
| 01/07/2020 | 70 | 64.25KB | REPLY by Defendants David Caines, David Crawley, Jay Elliott, Tammi Fowler, Paula Hise, David Jabaley, Kenco Logistic Services, LLC, Mario Lopez, Michael Manzello, Trace Spier, Kelvin Walsh to amended complaint 53 *Defendants' Reply in Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 53)* (Moran, Jody) (Entered: 01/07/2020) |
| 01/07/2020 | 71 | 222.38KB | REPLY by Defendant The Hartford to motion to dismiss 58 *(Hartford's Reply in Support of Its Motion to Dismiss Second Amended Complaint)* (Jeffery, Joseph) (Entered: 01/07/2020) |
| 01/07/2020 | 72 | 305.04KB | REPLY by Defendants Robert Coffey, Mars, Inc., Todd Moore to Motion to Dismiss for Failure to State a Claim 61 (Davies, Thomas) (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/07/2020) |
| 01/15/2020 | 73 | 4.29KB | MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 3/19/2020 at 9:00 a.m. Oral argument held on the pending motions to dismiss.Mailed notice. (jlj, ) (Entered: 01/15/2020) |
| 01/15/2020 | 74 | 1.49MB | FURTHER CLARIFICATION on his RESPONSE to Judge Feinerman on the timing on the filing of this matter by Plaintiff Leonard A Szplett. (aee, ) (Entered: 01/16/2020) |
| 03/13/2020 | 75 | 4.29KB | MINUTE entry before the Honorable Gary Feinerman:Given the COVID-19 situation, the 3/19/2020 status hearing 73 is stricken and re-set for 4/8/2020 at 9:00 a.m. Mailed notice. (jlj, ) (Entered: 03/13/2020) |
| 03/16/2020 | 76 | 372.09KB | ORDER Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020: Mailed notice. (td, ) (Entered: 03/17/2020) |
| 03/23/2020 | 77 | 49.48KB | ORDER Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20-0012, entered on March 17, 2020, and General Order 20-0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/23/2020: Mailed notice. (docket7, ) (Entered: 03/31/2020) |
| 03/30/2020 | 79 | 49.48KB | ORDER CORRECTED ENTRY: ORDER Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20-0012, entered on March 17, 2020, and General Order 20-0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance. Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020: Mailed notice...Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020:Mailed notice(docket7, ) (Entered: 04/03/2020) |
| 04/02/2020 | 78 | 4.73KB | MINUTE entry before the Honorable Gary Feinerman:Pursuant to Second Amended General Order 20-0012, the 4/8/2020 status hearing 75 is stricken and re-set for 5/13/2020 at 9:00 a.m. In the meantime, if any party wishes to present a scheduling or other issue or question to the court, that party should send an email to the Courtroom Deputy (Jackie_Deanes@ilnd.uscourts.gov) and the proposed order email box (Proposed_Order_Feinerman@ilnd.uscourts.gov), with a copy to all other counsel, and the court will respond as soon as practicable. If any party wishes to extend, shorten, or revoke in a particular case the filing extensions granted by Paragraph 2 of Second Amended General Order 20-0012, that party shall file a motion on the case docket and shall indicate in the motion whether the relief sought is agreed or opposed. Parties may |

| | | | |
|---|---|---|---|
| | | | file other non-emergency motions on the case docket as they see fit. Emergency relief in any case, or emergency relief from Second Amended General Order 20-0012, shall be sought in the manner set forth in Paragraphs 5-6 of Second Amended General Order 20-0012.Mailed notice.(jlj) (Entered: 04/02/2020) |
| 04/22/2020 | 80 | ☐ 4.54KB | MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motions to dismiss 55 58 61 are granted. The court relinquishes its jurisdiction over Plaintiff's tortious interference with economic advantage claims against Defendants Lopez, Jabaley, Hise, Moore, Coffey, and Fowler. Plaintiff may re-file those claims in state court, subject of course to any applicable defenses. Plaintiff's other claims are dismissed with prejudice. Enter judgment order. Status hearing set for 5/13/2020 78 is stricken. Civil case closed.Mailed notice. (jlj, ) (Entered: 04/22/2020) |
| 04/22/2020 | 81 | ☐ 67.16KB | MEMORANDUM Opinion and Order written by the Honorable Gary Feinerman on 4/22/2020.Mailed notice.(jlj, ) (Entered: 04/22/2020) |
| 04/22/2020 | 82 | ☐ 14.19KB | ENTERED JUDGMENT on 4/22/2020.Mailed notice.(jlj, ) (Entered: 04/22/2020) |
| 05/20/2020 | 83 | ☐ 14.23MB | MOTION by Plaintiff Leonard A Szplett to reconsider to amend or alter judgment (Exhibits). (aee, ) (Entered: 05/21/2020) |
| 05/22/2020 | 84 | ☐ 4.36KB | MINUTE entry before the Honorable Gary Feinerman:Motion for reconsideration 83 is denied. To the extent Plaintiff's motion presses arguments that he did not present in opposing dismissal, those arguments are forfeited. And forfeiture aside, the motion offers no grounds on which to reconsider the court's dismissal of Plaintiff's claims.Mailed notice. (jlj, ) (Entered: 05/22/2020) |
| 06/28/2021 | 85 | ☐ 79.90KB | NOTICE of appeal by Leonard A Szplett regarding orders 84 . (aee, ) (Entered: 06/29/2021) |
| 06/28/2021 | 86 | ☐ 74.09KB | DOCKETING Statement by Leonard A Szplett regarding notice of appeal 85 . (aee, ) (Entered: 06/29/2021) |

Total filesize of selected documents (MB): ☐

or    Maximum filesize allowed (MB): 30