# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 29, 2021

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-2209
>
> Caption:
> LEONARD A. SZPLETT,
>     Plaintiff - Appellant
>
> v.
>
> KENCO LOGISTIC SERVICES, LLC, et al.,
>     Defendants - Appellees
>
> District Court No: 1:19-cv-02500
> District Judge Gary Feinerman
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 06/28/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)