# United States District Court for the Northern District of Illinois

Case Number: 19CV2500           Assigned/Issued By: DB

Judge Name: FEINERMAN           Designated Magistrate Judge: KIM

## FEE INFORMATION

**Amount Due:**  ☐ $402.00   ☐ $49.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☑ $505.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $505.00           Receipt #: 4624259171

Date Payment Rec'd: 7/13/21    Fiscal Clerk: DB

## ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

____Original and____copies on____as to Appeal Fee 21-02209
(Date)

Rev. 08/19/2016